**Order filed, March 20, 2012.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00167-CV

---

**VONDA BARNHART, Appellant**

**V.**

**SYLVIA MORALES AND LUIS PEREZ, Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-17655**

---

## ORDER

The reporter's record in this case was due **March 9, 2012**, 2012. *See* Tex. R. App. P. 35.1. On March 8, 2012, this court was notified that no payment arrangements for the record had been made. On March 20, 2012, a request for extension of time was filed by Sheri Ullrich. We **GRANT IN PART AND DENY IN PART** the request and issue the following order.

We order **Sheri Ullrich**, the official court reporter, to file the record in this appeal **on or before April 23, 2012. No further extension will be entertained absent exceptional circumstances**. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Sheri Ullrich** does not timely

file the record as ordered, the Court may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM